TIMOTHY COURCHAINE
United States Attorney
District of Arizona

ANNA LINDROOTH
Assistant United States Attorney
South Dakota State Bar No. 005053
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: (602) 514-7500
Email: Anna.Lindrooth@usdoj.gov
*Attorneys for Plaintiff*

☑ FILED        ___ LODGED
___ RECEIVED   ___ COPY

APR 2 1 2026

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR26-00399-PHX-MTL (MTM) |
| Plaintiff, | **INDICTMENT** |
| vs. | VIO: 18 U.S.C. §§ 922(a)(6), 924(a)(2), and 2 |
| 1. Roberto Pizana, Jr., (Counts 1 – 31) | (Material False Statement During the Purchase of a Firearm, Aid and Abet) |
| 2. Lizbeth Ambriz, and (Counts 32 – 45) | Counts 1 – 45 |
| 3. Jorge Alberto Ybarra, (Counts 1 – 45) | 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881; and 28 U.S.C. § 2461(c) |
| Defendants. | (Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

<u>**COUNTS 1 – 31**</u>

On or about the dates listed below, in the District of Arizona, Defendant ROBERTO PIZANA, JR., knowingly made false statements and representations in connection with the acquisition of a firearm to the businesses listed below, which were intended and likely to deceive the businesses as to a fact material to the lawfulness of a sale of a firearm by the businesses, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, in that Defendant, ROBERTO PIZANA, JR., did execute a

Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, in each of the counts below stating that he was the actual buyer or transferee, whereas in truth and fact, he was purchasing the firearms on behalf of Defendant, JORGE ALBERTO YBARRA:

| Count | Date | Business (FFL) |
| --- | --- | --- |
| 1 | 1/28/2023 | Sportsman's Warehouse (Yuma, AZ) |
| 2 | 1/28/2023 | Sprague's Sports, LLC (Yuma, AZ) |
| 3 | 2/28/2023 | Sprague's Sports, LLC (Yuma, AZ) |
| 4 | 2/28/2023 | Jones & Jones (Somerton, AZ) |
| 5 | 3/4/2023 | Shots Fired, Inc. (Benson, AZ) |
| 6 | 3/16/2023 | Sprague's Sports, LLC (Yuma, AZ) |
| 7 | 3/26/2023 | Sportsman's Warehouse (Yuma, AZ) |
| 8 | 4/17/2023 | Sportsman's Warehouse (Yuma, AZ) |
| 9 | 4/20/2023 | Sportsman's Warehouse (Yuma, AZ) |
| 10 | 4/26/2023 | Jones & Jones (Somerton, AZ) |
| 11 | 5/8/2023 | Sportsman's Warehouse (Yuma, AZ) |
| 12 | 5/8/2023 | Sprague's Sports, LLC (Yuma, AZ) |
| 13 | 5/10/2023 | Jones & Jones (Somerton, AZ) |
| 14 | 6/5/2023 | Jones & Jones (Somerton, AZ) |
| 15 | 7/7/2023 | Sprague's Sports, LLC (Yuma, AZ) |
| 16 | 7/10/2023 | Jones & Jones (Somerton, AZ) |
| 17 | 7/19/2023 | Sprague's Sports, LLC (Yuma, AZ) |
| 18 | 7/29/2023 | Sprague's Sports, LLC (Yuma, AZ) |
| 19 | 8/4/2023 | Sprague's Sports, LLC (Yuma, AZ) |
| 20 | 8/16/2023 | Sprague's Sports, LLC (Yuma, AZ) |
| 21 | 9/5/2023 | Sprague's Sports, LLC (Yuma, AZ) |
| 22 | 9/13/2023 | Jones & Jones (Somerton, AZ) |
| 23 | 9/28/2023 | Jones & Jones (Somerton, AZ) |
| 24 | 10/3/2023 | Sprague's Sports, LLC (Yuma, AZ) |
| 25 | 10/7/2023 | Jones & Jones (Somerton, AZ) |
| 26 | 10/21/2023 | Jones & Jones (Somerton, AZ) |
| 27 | 11/9/2023 | Sprague's Sports, LLC (Yuma, AZ) |
| 28 | 12/2/2023 | Jones & Jones (Somerton, AZ) |
| 29 | 1/13/2024 | Jones & Jones (Somerton, AZ) |
| 30 | 1/20/2024 | Jones & Jones (Somerton, AZ) |
| 31 | 1/20/2024 | Sportsman's Warehouse (Yuma, AZ) |

In violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2), and 2.

**COUNTS 32 – 45**

On or about the dates listed below, in the District of Arizona, Defendant LIZBETH AMBRIZ, knowingly made false statements and representations in connection with the acquisition of a firearm to the businesses listed below, which were intended and likely to deceive the businesses as to a fact material to the lawfulness of a sale of a firearm by the businesses, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, in that Defendant, LIZBETH AMBRIZ, did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, in each of the counts below stating that she was the actual buyer or transferee, whereas in truth and fact, she was purchasing the firearms on behalf of Defendant, JORGE ALBERTO YBARRA:

| Count | Date | Business (FFL) |
| --- | --- | --- |
| 32 | 1/21/2023 | C-A-L Ranch Stores (Yuma, AZ) |
| 33 | 1/28/2023 | Sportsman's Warehouse (Yuma, AZ) |
| 34 | 1/28/2023 | Sprague's Sports, LLC (Yuma, AZ) |
| 35 | 3/26/2023 | Firearms Unknown (Yuma, AZ) |
| 36 | 3/28/2023 | Sportsman's Warehouse (Yuma, AZ) |
| 37 | 6/23/2023 | Jones & Jones (Somerton, AZ) |
| 38 | 7/24/2023 | Sprague's Sports, LLC (Yuma, AZ) |
| 39 | 8/16/2023 | Sprague's Sports, LLC (Yuma, AZ) |
| 40 | 8/26/2023 | Jones & Jones (Somerton, AZ) |
| 41 | 9/8/2023 | Firearms Unknown (Yuma, AZ) |
| 42 | 9/29/2023 | Jones & Jones (Somerton, AZ) |
| 43 | 10/21/2023 | Jones & Jones (Somerton, AZ) |
| 44 | 11/10/2023 | Jones & Jones (Somerton, AZ) |
| 45 | 12/21/2023 | Sprague's Sports, LLC (Yuma, AZ) |

In violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2), and 2.

**FORFEITURE ALLEGATION**

The Grand Jury realleges and incorporates the allegations in Counts 1 – 45 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to Title 18, United States Code, Sections 924(d) and 981, Title 21, United States Code, Sections 853 and 881, and Title 28, Section 2461(c), and upon conviction of

the offenses alleged in Counts 1 – 45 of this Indictment, the defendants shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any of the defendants' property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense as to which property the defendants are liable. If any forfeitable property, as a result of any act or omission of the defendants:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendants up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

All in accordance with Title 18, United States Code, Sections 924(d) and 981, Title 21, United States Code, Sections 853 and 881, and Title 28, Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

_s/_
_____
FOREPERSON OF THE GRAND JURY
Date: April 21, 2026

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

_s/_
_____
ANNA LINDROOTH
Assistant U.S. Attorney

- 4 -